UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

Civil Action, File Number AMD00CV3360

AGWAY, INC.,                                *

    Plaintiff                              *

v.                                          *     **AFFIDAVIT**

THE VALLEYBROOKE FARMS              *
COMPANY,
                                            *
    Defendant
                                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER
### (By Default)

Upon consideration of the Request for Entry of Judgment by Default, and any responses thereto, it is this _____ day of _____ Jan _____, 2001,

ORDERED, that a judgment by default is hereby entered in favor of the plaintiff against THE VALLEYBROOKE FARMS COMPANY in the amount of $75,842.78, prejudgment interest of $5,262.98, attorneys' fees of $25,280.93, and court costs of $_____.

_____
Judge

